UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 08-1738-CAS | Date | September 13, 2013 |
|---|---|---|---|
| Title | *CORREY MITCHELL v. J. WALKER; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**   (IN CHAMBERS) - MOTION FOR 30-DAY EXTENSION OF TIME (Filed 08/24/12)[17]

MOTION TO DISMISS (Filed 08/21/13)[25]

REQUEST FOR CLARIFICATION (filed 09/04/13)[27]

The Court hereby denies the Motion for 30-Day Extension of Time, as moot.

In response to the Request for Clarification, the above-referenced Motion to Dismiss is denied as moot. Plaintiff's Amended Complaint supersedes the original Complaint filed July 28, 2008.

The Court shall conduct a screening of the Amended Complaint, pursuant to 28 USC 1915A.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |