UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 08-1738-CAS | Date | November 6, 2013 |
|---|---|---|---|
| Title | *CORREY MITCHELL v. J. WALKER; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS) - MOTION TO DISMISS (Filed 10/18/13)[32]

The Court is in receipt of defendants' Motion to Dismiss for Failure to State a Claim filed October 18, 2013. The Court sets the following briefing scheduled:

Opposition shall be filed on or before December 9, 2013; and
Reply shall be filed on or before January 9, 2014.

Upon receipt of all briefing, the matter will stand submitted.

|   |   | 00 | : | 00 |
|---|---|---|---|---|
|   | Initials of Preparer | | CMJ | |