IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CORREY MITCHELL,** | 2:08-cv-1738 CAS (PC) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **WALKER, et al. ,** | |
| Defendants. | |

    Good cause having been shown, Defendants are granted an extension of time nunc pro tunc, to and including October 18, 2013, within which to file a responsive pleading to Plaintiff's First Amended Complaint in this action.

DATED: November 6, 2013

_____
UNITED STATES DISTRICT JUDGE

1