UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 08-1738-CAS | Date | April 2, 2014 |
|---|---|---|---|
| Title | *CORREY MITCHELL v. J. WALKER; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

On October 18, 2013, defendants filed a Motion to Dismiss for Failure to State a Claim. On November 6, 2013, the Court set a briefing schedule on defendants' motion, by which plaintiff's opposition was due on or before December 9, 2013. To date, no opposition has been received.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **May 19, 2014** why this action should not be dismissed for lack of prosecution. In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a written response to this Order to Show Cause and/or the Opposition to defendants' motion on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |